KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY O'KEEFE,<br><br>Plaintiff,<br><br>VS.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO: 2:19-cv-02660 RGK (JPRx)<br><br>[~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and her own fees and costs.

DATED: February 4, 2020

*[signature: Gary Klausner]*

Hon. R. Gary Klausner
U.S. District Court Judge